IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHITMOYER FORD, INC. and<br>WHITMOYER BUICK CHEVROLET, INC. | : | CIVIL ACTION |
| Plaintiffs | : | |
| vs. | : | NO. 09-CV-03475 |
| REPUBLIC FRANKLIN INSURANCE<br>COMPANY | : | |
| Defendant | : | |

## O R D E R

AND NOW, this 1st day of April, 2010, following review of the parties' Cross-Motions for Summary Judgment and the responses thereto, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment (Doc. No. 15) is DENIED.

It is further ORDERED that Defendant's Motion for Summary Judgement (Doc. No. 14) is GRANTED.

The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.